**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In Re: ) | Case Number 19-05154-HB |
| Oaktree Medical Centre, L.L.C., ) | Chapter 7 |
| Debtor. ) | |

**APPLICATION BY TRUSTEE TO EMPLOY ACCOUNTANT**

TO THE HONORABLE HELEN ELIZABETH BURRIS, JUDGE

Comes now John K. Fort, Trustee, for the above-captioned estate, and would respectfully show the Court as follows:

1. Applicant is duly appointed and acting as Trustee in the above-captioned case.

2. Applicant requires the services of Edward Bowers C.P.A. and Middleswarth, Bowers & Co. L.L.P. as Accountants to perform the following duties:

    To prepare fiduciary or corporate tax returns for the bankruptcy estate in accordance with the Trustee's duties under the Bankruptcy Code.

    To prepare W-2 forms for the estate and calculate withholding taxes.

    To examine the books and records of the Debtor.

    Other accounting duties.

3. Applicant wishes to employ Edward Bowers C.P.A. and Middleswarth, Bowers & Co. L.L.P., to provide the above stated services at the following hourly rates subject to Court approval:

    Edward Bowers Partner $285.00
    Other Partners $225.00
    Laurie LeGrand Associate $225.00
    Bookkeeper $85.00

4. The reason for the selection of said Certified Public Accountant is that he is experienced, competent, and equipped to do the accounting work which is required by the Estate.

Page Two
Application by Trustee to Employ Accountant
Case Number 19-05155, Oaktree Medical Centre, PC
October 18, 2019

     5.    Trustee believes that said Edward Bowers C.P.A. and Middleswarth, Bowers & Co. L.L.P., have no connection with or relation to the Debtor, Debtor's creditors, any other party in interest, their respective Attorneys and Accountants, other Professionals appointed in this case by the Applicant, the United States Trustee, or any employee of the United States Trustee pursuant to Bankruptcy Rule 2014(a). Edward Bowers C.P.A. and Middleswarth, Bowers & Co. L.L.P. has worked and continues to work with the Trustee on other Bankruptcy cases. His employment is in the best interest of the Estate. An Affidavit of Disinterestedness has been filed.

     WHEREFORE, your Applicant prays that he be authorized to employ Edward Bowers C.P.A. and Middleswarth, Bowers & Co. L.L.P., as accountant; that Edward Bowers C.P.A. and Middleswarth, Bowers & Co. L.L.P., should be employed, and for such other relief as is just and proper.

Dated: October 18, 2019             /s/ *John K. Fort*
Spartanburg, South Carolina      John K. Fort, Chapter 7 Trustee
                                                   District ID 863
                                                   P. O. Box 789, Drayton, SC 29333
                                                   (864) 237-8284
                                                   johnkfort@gmail.com