UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA (SPARTANBURG DIVISION)

| IN RE: | CASE NO: 19-05154-HB |
|---|---|
| OAKTREE MEDICAL CENTRE, LLC | CHAPTER: 7 |
| DEBTOR(S) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel in the above-referenced bankruptcy case for Fidus Investment Corporation and West Investment Holdings, LLC (collectively, "Creditors") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and hereby gives notice of such appearance.

TAKE FURTHER NOTICE that the undersigned, pursuant to Rules 2002(g) and 9007 of the Rules, hereby requests that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served upon the undersigned at the address indicated below.

TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, made by the debtor or any party in interest in this case.

TAKE FURTHER NOTICE that Creditors do not intend for this Notice of Appearance or any subsequent appearance, pleading, claim or suit, to waive, and expressly reserves Creditors' (i) right to have final orders in noncore matters entered only after de novo review or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case,

controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which Creditors are or may be entitled to under agreements, in law, in equity, or otherwise. This Notice of Appearance is not, and shall not be construed to be, a consent by Creditors pursuant to 28 U.S.C. § 157(c)(2).

This 14th day of January 2020.

/s/ Stephen M. Cox
Stephen M. Cox
S.C. Bar No. 12263
Fed. Bar No. 6913

ROBINSON, BRADSHAW & HINSON, P.A.
202 East Main Street, Suite 201
Rock Hill, South Carolina  29730
Telephone:    803.325.2900
Facsimile:    803.325.2929

*Attorneys for Creditors Fidus Investment Corporation and West Investment Holdings, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA (SPARTANBURG DIVISION)

| IN RE: | CASE NO: 19-05154-HB |
|---|---|
| OAKTREE MEDICAL CENTRE, LLC | CHAPTER: 7 |
| DEBTOR(S) | |

## CERTIFICATE OF SERVICE

I certify that on January 14, 2020 that I served a copy of the Notice of Appearance to the parties listed below via electronic notice through this court's ECF system to those receiving ECF notices in this matter and to all others via first class mail, postage prepaid:

**VIA ELECTRONIC NOTICE**

- John K. Fort - trustee863@gmail.com
- Linda Barr – linda.k.barr@usdoj.gov
- US Trustee's Office – USTPRegion04.CO.ECF@usdoj.gov
- Andrew R. Hand – ahand@willoughbyhoefer.com
- Joshua J. Hudson – jhudson@roecassidy.com
- Frank James Guadagnino – fguadagnino@mcquirewoods.com
- Rory D. Whelehan – rwhelehan@whelehanlaw.com
- Weyman C. Carter -- wcarter@burr.com

**VIA US MAIL**

Oaktree Medical Centre, LLC
P. O. Box 26809
Greenville, SC 29616

This 14th day of January 2020.

/s/ Stephen M. Cox
Stephen M. Cox
S.C. Bar No. 12263
Fed. Bar No. 6913

ROBINSON, BRADSHAW & HINSON, P.A.

        202 East Main Street, Suite 201
        Rock Hill, South Carolina  29730
        Telephone:    803.325.2900
        Facsimile:    803.325.2929

*__Attorneys for Creditors Fidus Investment Corporation and West Investment Holdings, LLC__*

2